UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jimmy McBride, | ) | C/A No.: 3:08-3068-GRA |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | (Written Opinion) |
| | ) | |
| Willie Eagleton, Warden-ECI, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the Court on the petitioner's motion for an extension of time to file objections to the magistrate's Report and Recommendation. Magistrate Judge McCrorey filed a Report and Recommendation on May 28, 2008. The plaintiff prays for an extension of time so he can research, write, and file objections to the magistrate's Report and Recommendation. He states that he has limited access to the library.

Petitioner brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). Therefore, this Court will liberally construe any pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court may grant the plaintiff an extension of time to file a responsive motion for good cause shown. He argues that an extension is necessary because he does not have enough access to the law library. When Plaintiff received the Report and Recommendation, he immediately filed this motion for extension. This Court finds that the plaintiff has shown good cause for an extension. Therefore, this Court will grant his motion for an extension of time.

This Court will give the petitioner until June 30, 2009 to file his objections. In order to file his objections, the plaintiff need only hand them to the mailing facility at his prison. *See Houston v. Lack*, 487 U.S. 266 (1988). If the plaintiff files his objections beyond June 30, 2009, this Court will consider them untimely.

IT IS THEREFORE ORDERED THAT the plaintiff's motion be GRANTED and that his period to file objections to the magistrate's Report and Recommendation shall be extended until June 30, 2009.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June  12 , 2009
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal**.